UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. HOFFMAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRANDON PRICE,<br><br>　　　　Respondent. | Case No. CV 20-0213-PSG (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  Although a copy of the R. & R. sent to Petitioner at the Ventura County Jail address where he was housed during the Sexually Violent Predator Act trial was returned as undeliverable, the copy sent to his Coalinga State Hospital address was not returned.  No objections to the R. & R. have been filed.

　　　At the SVPA trial, the superior court found Petitioner to be a sexually violent predator.  (See ECF No. 14, Attach. 1.)  His appeal of that determination remains pending. See Cal. App. Cts. Case Info., https://appellatecases.courtinfo.ca.gov/ (search for "Earl" with "Hoffman" in Second App. Dist.) (last visited Oct. 6, 2020).  Thus, as the Magistrate Judge found (R. & R. at 5-10), to

the extent Petitioner seeks to stay the superior-court proceedings, the request is moot; and to the extent he seeks reversal of the SVPA determination, abstention under Younger v. Harris, 401 U.S. 37, 45-46 (1971), is appropriate.

The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and judgment be entered dismissing the Petition.

DATED: __10/4/2020__

PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE