JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. HOFFMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRANDON PRICE,<br><br>　　　　Respondent. | Case No. CV 20-0213-PSG (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: 10/8/2020

PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE